AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones II, C. Darnell | Pennsylvania, Eastern District | 05/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
601 Market St.
Room 5613
Philadelphia, PA 19106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law (salaried) | The University of Pennsylvania Law School |
| 2. | Law School Advisory Board member (no compensation) | Drexel University Thomas R. Kline School of Law |
| 3. | Advisory Board member (no compensation) | Salvation Army |
| 4. | Advisory Board member (no compensation) | New Directions for Women |
| 5. | Advisory Board member (no compensation) | Judicial Education Program-LEC, George Mason Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1987 | COMMONWEALTH OF PENNSYLVANIA STATE EMPLOYEES RETIREMENT SYSTEM-PENSION UPON DEPARTURE FROM STATE TRIAL JUDGE POSITION |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones II, C. Darnell | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Commonwealth of Pennsylvania State Employee Retirement System-State Judicial Pension | $84,254.97 |
| 2. 2014 | Trustees of the University of Pennsylvania-Adjunct Law Professor-Annual salary | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Defender Association of Philadelphia-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Judicial Education Program-LEC, George Mason Law School | 04-27-2014 to 04-29-2014 | Charleston, SC | Advisory Board Meeting | Travel, food and lodging for 2 days |
| 2. | Boston College Law School | 04-22-2014 to 04-24-2014 | Boston, MA | Judging Moot Court Competition | Travel, food and lodging for 2 days |
| 3. | New York Intellectual Property Law Assn. (NYIPLA) | 03-28-2014 TO 03-29-2015 | New York, NY | DINNER, CLE | Travel, food and lodging for 1 day |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones II, C. Darnell | 05/12/2015 |

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Jones II, C. Darnell | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie-Mae | College loans f▮▮▮▮ | L |
| 2. | | | |
| 3. | Chase Bank | Credit card | K |
| 4. | American Express | Credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones II, C. Darnell | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Treasury Bond | A | Int./Div. | J | T | | | | | |
| 2. Citizens Bank Account | A | Interest | J | T | | | | | |
| 3. Comm. of Pa. State Employees Retirement System | F | Distribution | P1 | T | | | | | |
| 4. Alliance Benefit Group Mid Atlantic | | None | K | T | | | | | |
| 5. Exxon Mobil | A | Dividend | J | T | | | | | |
| 6. John Hancock Life Insurance Annuity (annuity) | C | Int./Div. | L | T | | | | | |
| 7. New York Life Insurance Co. Annuity (Annuity) | A | Int./Div. | J | T | | | | | |
| 8. TD Bank | A | Interest | J | T | | | | | |
| 9. American Express Savings Acct. | A | Interest | J | T | | | | | |
| 10. Rogers County Bank | A | Interest | J | T | | | | | |
| 11. Philadelphia Federal Credit Union | A | Interest | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones II, C. Darnell | 05/12/2015 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ C. Darnell Jones II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544